**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**NATHAN WATLINGTON**                                               **PLAINTIFF**

V.                      **CASE NO. 3:16-CV-218-DPM-BD**

**CRITTENDEN COUNTY
DETENTION CENTER, et al.**                                     **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**      **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge D. P. Marshall Jr. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**      **Discussion**

Nathan Watlington, an inmate at the Crittenden County Detention Center, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) Because Mr. Watlington did not submit an *in forma pauperis* application or pay the $400 filing fee, the Court ordered him to do one or the other within thirty days of August 25, 2016. (#2)

As of this date, Mr. Watlington has failed to respond to the Court's August 25 Order. The deadline for complying with the Court's Order has expired.

## III.  Conclusion

The Court recommends that Mr. Watlington's claims be DISMISSED, without prejudice, based on his failure to address the filing fee requirement, as ordered.

DATED this 28th day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE