IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATHAN WATLINGTON                                                                PLAINTIFF

v.                              No. 3:16-cv-218-DPM

CRITTENDEN COUNTY DETENTION
CENTER and DOES, Medical Staff,
Crittenden County Detention Center                                          DEFENDANTS

ORDER

Unopposed recommendation, № 3, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Watlington hasn't kept his address current with the Clerk; his mail is being returned. № 4. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 October 2016