IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATHAN WATLINGTON                                                PLAINTIFF

v.                       No. 3:16-cv-218-DPM

CRITTENDEN COUNTY DETENTION
CENTER and DOES, Medical Staff,
Crittenden County Detention Center                              DEFENDANTS

JUDGMENT

Watlington's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 October 2016